# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RAY A. WOODSON    PLAINTIFF
ADC #661011

v.    3:19cv00050-DPM-JJV

RONNIE COLEMAN, Jail Administrator,    DEFENDANTS
Crittenden County Detention Center, *et al.*

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D. Price Marshall, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the district judge or magistrate judge, you must, at the time you file your written objections, include the following:

1.    Why the record made before the magistrate judge is inadequate.

2.    Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the magistrate judge.

3.  The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the district judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## DISPOSITION

Ray A. Woodson ("Plaintiff") filed this action on March 11, 2019 alleging violations of his constitutional rights.  (Doc. No. 2.)  On September 27, 2019, Defendants filed a Motion to Dismiss pursuant to Local Rule 5.5(c)(2) because mail Defendants sent to Plaintiff at his address of record was returned as undeliverable.  (Doc. Nos. 25-27.)  On September 30, 2019, I directed Plaintiff to update his address with the Court within 30 days.  (Doc. No. 28.)  The Clerk mailed a copy of the September 30 Order to Plaintiff, but the envelope was returned with the notation "not here."  (Doc. No. 29.)

More than thirty days have now passed from the entry of my September 30, 2019 Order.  Plaintiff has not complied with or otherwise responded to the Order.  Plaintiff was warned that failure to comply with the September 30 Order could result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that Defendants' Motion to Dismiss (Doc. No. 25) be Granted, Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice, and that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 4th day of November 2019.

                                                JOE J. VOLPE
                                                UNITED STATES MAGISTRATE JUDGE