IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAY A. WOODSON                                                                          PLAINTIFF

v.                               No. 3:19-cv-50-DPM

RONNIE COLEMAN, Jail Administrator,
Crittenden County Detention Center;
MANDY CHILDRESS, Head Medical
Nurse, Crittenden County Detention
Center; TERESA BONNER, Chief;
and HINES, Lieutenant                                                                   DEFENDANTS

ORDER

Woodson hasn't responded to the pending recommendation; his mail is still being returned undelivered. № 31. The Court adopts Magistrate Judge Volpe's unopposed recommendation, № 30. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 25, granted. Woodson's amended complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 November 2019