IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAY A. WOODSON                                     PLAINTIFF

v.                     No. 3:19-cv-50-DPM

RONNIE COLEMAN, Jail Administrator,
Crittenden County Detention Center;
MANDY CHILDRESS, Head Medical
Nurse, Crittenden County Detention
Center; TERESA BONNER, Chief;
and HINES, Lieutenant                        DEFENDANTS

## JUDGMENT

Woodson's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 November 2019